| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alberto Gonzalez, | ) | No. CV-07-2275-PHX-ROS |
|  | ) | |
| Petitioner, | ) | **ORDER** |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Katherine S. Kane, | ) | |
|  | ) | |
| Respondent. | ) | |
|  | ) | |
|  | ) | |

On June 25, 2008, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation ("R&R") recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot. (Doc. 20.) Petitioner failed to file timely objections. A review of the docket indicates that the R&R was returned as undeliverable.[1] (Doc. 21.)

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

---

[1] Petitioner was warned that he must file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. (Doc. 4 at 2.)

1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'").  District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection."  Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.  The Clerk of Court shall close this case.

DATED this 14th day of August, 2008.

_____
Roslyn O. Silver
United States District Judge